# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VAFA SHAMSAI-NEJAD, ) | |
| ) | Case No.:  2:12-cv-00425-GMN-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| AT&T, *et al.*, ) | **JUDGE C. W. HOFFMAN, JR.** |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered November 1, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by November 18, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the above-referenced case is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 19th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge